IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOGAN MICHAEL BYRNE,**<br><br>                              Petitioner,<br><br>        v.<br><br>**SECRETARY,**<br><br>                              Respondent. | Case No. 2:25-cv-02504-SCR<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The Respondent's response to the Petition for Writ of Habeas Corpus shall be filed on or before January 7, 2026.

Dated: November 10, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE